IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

v.                                           CASE NO. C2-91-77
                                                 JUDGE HOLSCHUH

MICHAEL SHEPARD

    Defendant

## ORDER OF TRANSFER

This case is hereby transferred from the docket of Judge John D. Holschuh to the docket of Judge Edmund A. Sargus, Jr.

**IT IS SO ORDERED.**

7-11-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE